UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI

COURTROOM MINUTE SHEET
CIVIL PROCEEDINGS

Date 10/13/15   Judge Hamilton   Case No. 4:13CV02337 JCH

Boyce   v. USA

**Court Reporter** _____ **Deputy Clerk** K. Shirley

**Attorneys for Plaintiff(s)** Eric Butts

**Attorneys for Defendant(s)** Michael Reilly/Allison Berhrens

Parties present for Status hearing continued to 11/13/15 @ 9:30 AM

Court orders an updated PSR.

☐ The Court orders that this proceeding is sealed and that any transcript prepared from this proceeding be filed under seal.

It is hereby ordered that _____

Pltf. Witness _____   Deft. Witness _____

Pltf. Witness _____   Deft. Witness _____

Pltf. Exhibits: _____

Pltf. Exhibits: _____

Deft. Exhibits: _____

Deft. Exhibits: _____

☐ Exhibits returned to and retained by counsel

Proceedings commenced   9:47 AM
Proceedings concluded    9:52 AM